**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01382-CV

**STEVEN E. BROWN, Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02170**

## ORDER

We **GRANT** appellant's February 12, 2013 unopposed motion for an extension of time to file an amended brief. Appellant shall file his amended brief on or before March 15, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE